IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 04-26050TPA |
| Edgar T. Jennings ) | Chapter 13 |
| Katherine M. Wilkins ) | |
| ) | |
| Debtor(s) ) | |

## MOTION FOR RELEASE OF UNCLAIMED FUNDS

AND NOW, Edgar T. Jennings and Katherine M. Wilkins (hereinafter "Claimants"), respectfully request the Court to enter an Order for the Release of Unclaimed Funds. The Claimants state:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $2449.42.

2. The Unclaimed Funds were sent to Claimants at the address on file.

3. The Claimants did not receive the funds because (a) the Claimants' address had changed, and (b) the United States Postal Service did not forward the Claimants' mail to the new address.

WHEREFORE, Claimants request that the Court enter an order directing the Clerk of the Court to withdraw and disburse said funds in the Court Registry to Claimants at the updated address.

15 November 2010

Respectfully Submitted,

Edgar T. Jennings and Katherine M. Wilkins

1217 Shady Avenue

Pittsburgh, PA 15232

(412) 916-8418